UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  Plaintiff,  )<br>                      )<br>v.                    )<br>                      )<br>**CHRISTOPHER FRAIJO**,  )<br>  Defendant.  )<br>_____ ) | 2:11-CR-00048-JCM-CWH<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant **CHRISTOPHER FRAIJO** that are contained the above-captioned Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

IT IS FURTHER ORDERED the warrant for **CHRISTOPHER FRAIJO's** arrest is quashed.

DATED this 5th day of December, 2012

_____
UNITED STATES DISTRICT JUDGE

2